UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> PLEASANTVILLE FORD, INC., <br><br> Defendant. | 25-CV-1383 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 21, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: March 31, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge